**E. P. PHILLIPS, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fifth Circuit. January 25, 1930.

No. 5608.

Charles D. Russell, of Savannah, Ga. (Russell & Herzog, of Savannah, Ga., on the brief), for appellant.

Charles L. Redding, U. S. Atty., of Savannah, Ga., for appellee.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment in the above numbered and entitled cause is affirmed.

■

**The MIAMI.**

**RICHMOND–NEW YORK STEAMSHIP COMPANY, Libelant-Appellee, v. CLYDE LIGHTERAGE COMPANY, Inc., Claimant-Appellee, and Clyde Lighterage Company, Inc., Respondent-Appellant.**

Circuit Court of Appeals, Second Circuit. January 6, 1930.

No. 127.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Andrew J. McElhinney, both of New York City, of counsel), for libelant appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree affirmed.

■

**Baruch SHAPIRO, etc., et al., Appellants, v. Roy C. LYLE, as Prohibition Administrator in Seattle, Washington, Appellee.**

Circuit Court of Appeals, Ninth Circuit. February 3, 1930.

No. 5894.

John F. Dore, of Seattle, Wash., for appellants.

Anthony Savage, U. S. Atty., and Tom De Wolfe, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM. Dismissed, upon stipulation of the parties. Mandate forthwith.

■

**In the Matter of the Petition of E. M. STATLER, as Owner of THE Vessel MIRAMAR for Limitation of Liability.**

Circuit Court of Appeals, Second Circuit. January 6, 1930.

No. 139.

Silas B. Axtell, of New York City (Elizabeth Robinson, of New York City, of counsel), for appellants.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Charles R. Hickox, Vernon S. Jones, and Edwin S. Murphy, all of New York City, of counsel), for appellees executors of estate of E. M. Statler.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Decree [31 F.(2d) 767] affirmed.